THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Melba Jean Nealy,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,        Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Horry County
J. Michael Baxley, Trial Judge
Steven H. John, Post-Conviction Relief Judge

Memorandum Opinion No. 2005-MO-013
Submitted March 22, 2005  Filed April 11, 2005

DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of the South Carolina Office of Appellate Defense, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief
(PCR).
Because there is sufficient evidence to support the PCR judges finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari and proceed with a review of the direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).
The direct appeal issue is dismissed under Rule 220(b)(1), SCACR, after a review pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsels motion to be relieved is granted.
 DISMISSED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.